UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 6, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIM DAVID TRAVIS<br><br>Defendant. | Case No. 2:19-mj-00182-EFB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JIM DAVID TRAVIS Case No. 2:19-mj-00182-EFB Charges 18 USC § 922(g) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on November 6, 2019 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman