| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JIM TRAVIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 2:19-cr-00194-TLN |
| | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | | DATE: April 2, 2020 |
| JIM TRAVIS, | | TIME: 9:30 a.m. |
| | | JUDGE: Hon. Troy L. Nunley |
| | Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for January 9, 2020 at 9:30 a.m. be continued to **April 2, 2020 at 9:00 a.m.**

The parties are in the process of exchanging discovery and are in the early stages of plea negotiations. Additional time is needed for defense investigation and preparation. The requested continuance will provide the defense adequate time to evaluate the discovery already received and to confer with the government regarding any additional discovery requests, conduct further investigation, and will afford the parties time needed to advance plea negotiations.

///

///

///

The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: December 17, 2019  */s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: December 17, 2019  */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
JIM TRAVIS

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for January 9, 2020 at 9:30 a.m. is hereby continued to **April 2, 2020 at 9:30 a.m.** The time period between January 9, 2020 and April 2, 2020 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: December 17, 2019

Troy L. Nunley
United States District Judge