1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  JIM TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00194-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE: July 23, 2020 |
| JIM TRAVIS, | TIME:   9:30 a.m. |
| Defendants. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for April 2, 2020 at 9:30 a.m. be continued to **July 23, 2020 at 9:30 a.m.**

Defense counsel is conducting investigation at this time, and the parties are in the early stages of plea negotiations. Additional time is needed for defense investigation and preparation. Furthermore, in light of the measures taken by the Federal Defender's Office during the COVID-19 crisis, investigation and attorney-client meetings are expected to be delayed. The requested continuance will provide the defense adequate time to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, and will afford the parties time needed to advance plea negotiations.

/ / /

/ / /

The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: March 18, 2020      */s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: March 18, 2020      */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
JIM TRAVIS

TRAVIS: Stipulation and Order
to Continue Status Conference

-2-

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for April 2, 2020 at 9:30 a.m. is hereby continued to **July 23, 2020 at 9:30 a.m.** The time period between April 2, 2020 and July 23, 2020 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 18, 2020

_____
Troy L. Nunley
United States District Judge