HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JIM TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JIM TRAVIS,<br><br>            Defendants. | Case No.  2:19-cr-00194-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE:   October 29, 2020<br>TIME:    9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for July 23, 2020 at 9:30 a.m. be continued to **October 29, 2020 at 9:30 a.m.**

   Defense counsel is still conducting investigation, which has been hampered due to the ongoing pandemic and the corresponding limitations on travel and the ability of defense investigators to conduct in-person interviews.  Additionally, the parties are in the early stages of plea negotiations and wish to devote more time to exploring a resolution in the case.  The requested continuance is needed for defense investigation and preparation.  The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, and will afford the parties time needed to advance plea

1  negotiations.

2      The parties agree that the ends of justice are served by resetting the status conference date
3  outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties
4  agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

6      Respectfully submitted,

7  MCGREGOR SCOTT
  United States Attorney

9  DATED:  July 16, 2020    */s/ James Conolly*
  JAMES CONOLLY
10   Assistant United States Attorney
  Attorney for Plaintiff

12   HEATHER E. WILLIAMS
  Federal Defender

14 DATED: July 16, 2020    */s/ Megan T. Hopkins*
  MEGAN T. HOPKINS
15   Assistant Federal Defender
16   Attorneys for Defendant
  JIM TRAVIS

TRAVIS: Stipulation and Order   -2-
to Continue Status Conference

# **O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for July 23, 2020 at 9:30 a.m. is hereby continued to **October 29, 2020 at 9:30 a.m.** The time period between July 23, 2020 and October 29, 2020 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: July 16, 2020

Troy L. Nunley
United States District Judge

TRAVIS: Stipulation and Order to Continue Status Conference

-3-