HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JIM TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00194-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE:   January 28, 2021<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |
| JIM TRAVIS, | |
| Defendants. | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for October 29, 2020 at 9:30 a.m. be continued to **January 28, 2021 at 9:30 a.m.**

　　　　Defense counsel is working to develop a new investigation plan, given that traditional methods of investigation have been hampered due to the ongoing pandemic and the corresponding limitations on travel and the ability of defense investigators to conduct in-person interviews.  Additionally, the government requires additional time to evaluate the case and provide an initial plea offer to the defendant.  The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, and will afford the parties time needed to advance plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED:  October 21, 2020            */s/ James Conolly*
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 21, 2020            */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
JIM TRAVIS

TRAVIS: Stipulation and Order to Continue Status Conference            -2-


# **O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for October 29, 2020 at 9:30 a.m. is hereby continued to **January 28, 2021 at 9:30 a.m.** The time period between October 29, 2020 and January 28, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 26, 2020

_____
Troy L. Nunley
United States District Judge