HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916-498-5700/Fax: 916-498-5710 **Error! Bookmark not defined.**

Attorneys for Defendant
JIM TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00194-TLN |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | DATE:   April 15, 2021 |
| JIM TRAVIS, | TIME:    9:30 a.m. |
| Defendants. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for January 28, 2021 at 9:30 a.m. be continued to **April 15, 2021 at 9:30 a.m.**

Defense counsel has been unable to achieve significant progress in the investigation in this case, particularly in light of the fact that traditional methods of investigation have been hampered due to the ongoing pandemic and the corresponding limitations on travel and the ability of defense investigators to conduct in-person interviews.  The parties agree that additional time is needed for defense investigation and preparation.  Additionally, the government requires additional time to evaluate the case and provide an initial plea offer to the defendant.

The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery requests deemed appropriate in light of the investigation, and will afford the parties time needed

1    to advance plea negotiations.

2           The parties agree that the ends of justice served by resetting the status conference date

3    outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties

4    agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

5

6

7                                                    Respectfully submitted,

8                                                    MCGREGOR SCOTT
                                                     United States Attorney
9

10   DATED:  January 20, 2021            _/s/ James Conolly____
                                                     JAMES CONOLLY
11                                                   Assistant United States Attorney
                                                     Attorney for Plaintiff
12

13                                                   HEATHER E. WILLIAMS
                                                     Federal Defender
14

15   DATED: January 20, 2021             /s/ Megan T. Hopkins_____
                                                     MEGAN T. HOPKINS
16                                                   Assistant Federal Defender
                                                     Attorneys for Defendant
17                                                   JIM TRAVIS

18

19

20

21

22

23

24

25

26

27

28

<u>**O R D E R**</u>

**IT IS SO ORDERED** that the status conference currently scheduled for January 28, 2021 at 9:30 a.m. is hereby continued to **April 15, 2021 at 9:30 a.m.** The time period between January 28, 2021 and April 15, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.


DATED: January 21, 2021

_____
Troy L. Nunley
United States District Judge