HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JIM TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00194-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE:   June 17, 2021<br>TIME:    9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |
| JIM TRAVIS, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for April 15, 2021 at 9:30 a.m. be continued to **June 17, 2021 at 9:30 a.m.**

Defense counsel needs additional time to complete investigation, given that traditional methods of investigation have been hampered due to the ongoing pandemic and the corresponding limitations on travel and the ability of defense investigators to conduct in-person interviews.  The parties agree that additional time is needed for defense investigation and preparation.  Additionally, the government has provided an initial plea offer to Mr. Travis which the defense believes should be reviewed in-person, at a time when it is safe for defense counsel to do so in light of the ongoing pandemic.

The requested continuance will provide the defense with additional time necessary to continue its investigation and to confer with the government regarding any additional discovery

requests deemed appropriate in light of the investigation, and will afford the parties time needed to advance plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  April 9, 2021

/s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 9, 2021

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
JIM TRAVIS

## O R D E R

**IT IS SO ORDERED** that the status conference currently scheduled for April 15, 2021 at 9:30 a.m. is hereby continued to **June 17, 2021 at 9:30 a.m.** The time period between April 15, 2021 and June 17, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: April 12, 2021

_____
Troy L. Nunley
United States District Judge