HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JIM TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JIM TRAVIS,<br><br>             Defendants. | Case No.  2:19-cr-00194-TLN<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER<br><br>DATE:   July 15, 2021<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for June 17, 2021 at 9:30 a.m. be vacated, and that a change of plea hearing be set **July 15, 2021 at 9:30 a.m.**

   The parties have reached a plea agreement in this case, and a formal written agreement is in the process of execution.  A copy will be provided to the Court prior to the requested hearing date. Defense counsel requests additional time to consult with the defendant regarding mitigation investigation and conduct such further investigation as necessary prior to the change of plea. Accordingly, the parties request that the change of plea hearing be held on or after July 15, 2021.

   The parties agree that the ends of justice served by setting a future date for change of plea outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4) through July 15, 2021.

|     |                           |                                                                                           |
| --- | ------------------------- | ----------------------------------------------------------------------------------------- |
| 1   |                           |                                                                                           |
| 2   |                           |                                                                                           |
| 3   |                           | Respectfully submitted,                                                                   |
| 4   |                           | PHILLIP A. TALBERT                                                                        |
| 5   |                           | Acting United States Attorney                                                             |
| 6   | DATED: June 15, 2021      | /s/ James Conolly                                                                         |
| 7   |                           | JAMES CONOLLY<br>Assistant United States Attorney                                         |
| 8   |                           | Attorney for Plaintiff                                                                    |
| 9   |                           | HEATHER E. WILLIAMS                                                                       |
| 10  |                           | Federal Defender                                                                          |
| 11  | DATED: June 15, 2021      | /s/ Megan T. Hopkins                                                                      |
| 12  |                           | MEGAN T. HOPKINS<br>Assistant Federal Defender                                            |
| 13  |                           | Attorneys for Defendant<br>JIM TRAVIS                                                     |

TRAVIS: Stipulation and Order to Vacate Status Conference and Set Change of Plea    -2-

# **O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for June 17, 2021 at 9:30 a.m. is hereby vacated, and a hearing for change of plea is set for **July 15, 2021 at 9:30 a.m.** The time period between June 17, 2021 and July 15, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: June 15, 2021

Troy L. Nunley
United States District Judge