HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JIM TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JIM TRAVIS,<br><br>　　　　　Defendants. | Case No.  2:19-cr-00194-TLN<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER<br><br>JUDGE: Hon. Jeremy D. Peterson |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Travis's conditions of pretrial release may be modified to remove special conditions of release numbers nine (9) and ten (10).

　　　Mr. Travis has been under Pretrial Services supervision since November 6, 2019.  He is currently subject to a combination of release conditions, including that he: 1) submit to drug and/or alcohol testing as approved by the pretrial services officer and pay all or part of the costs of the testing services based upon his ability to pay, as determined by the pretrial services officer[1]; and 2) participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer, and pay all or part of the costs of the counseling services based upon his ability to pay, as determined by the pretrial services officer.[2]

---

[1] Special Condition 9, at Dkt. 8.
[2] Special Condition 10, at Dkt. 8.

According to his supervising officer, Mr. Travis has been in compliance with all of his release conditions since his release in November 2019. He has consistently provided negative drug tests and has engaged with and benefited from counselling. Additionally, Mr. Travis attends Alcoholics Anonymous and Narcotics Anonymous meetings regularly, and attends a yearly retreat at the Singing Tree Recovery, where he recently celebrates two years of sobriety. Mr. Travis reports that he has found new and healthier ways to deal with life's stressors and is committed to a drug-free life.

Given Mr. Travis's compliance with his conditions of release, Pretrial Services is requesting the removal of both the drug testing and counselling/treatment conditions (Special Conditions 9 and 10, respectively). The defense joins in this request, and the government has no objection to the removal of these conditions. The parties and pretrial services officer agree that all other conditions of pretrial release are appropriate and should remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: July 27, 2021

/s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 27, 2021

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
JIM TRAVIS

TRAVIS: Stipulation and [Proposed]
Order to Modify Conditions of Pretrial Release

-2-

# **O R D E R**

**IT IS SO ORDERED** that Special Conditions Nine and Ten are to be removed from the Special Conditions of Release, and that Mr. Travis will no longer be required to participate in a program of drug testing or counselling services. All other conditions of pretrial release shall remain in full force and effect.

DATED: July 27, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE