| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, SBN 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | JIM DAVID TRAVIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00194-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) **TO CONTINUE SENTENCING HEARING** |
| JIM DAVID TRAVIS, | ) Date:  January 27, 2022 |
| Defendant. | ) Time:  9:30 a.m. |
| | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through James Conolly, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Jim David Travis, that the sentencing hearing currently set for November 18, 2021 be continued to **January 27, 2022 at 9:30 a.m.**

This modification is requested to provide additional time for the probation officer to prepare the Presentence Report (PSR), and to permit Mr. Travis to appear in-person for sentencing after he has had an opportunity to bring some outstanding medical issues under control.

///

///

1  The parties further request that the PSR schedule be modified consistent with the new sentencing
2  date, as follows:

3      Proposed Presentence Report Due:    December 9, 2021
4      Informal Objections to Presentence Report Due:    December 23, 2021
5      Presentence Report Due:    January 6, 2022
6      Formal Objections to Presentence Report Due:    January 13, 2022
7      Reply or Statement of Non-Opposition Due:    January 20, 2022
8      Judgment and Sentencing:    January 27, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 13, 2021

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
JIM DAVID TRAVIS

Date: October 13, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: October 14, 2021

Troy L. Nunley
United States District Judge