HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JIM DAVID TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00194-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | Date: March 24, 2022 |
| JIM DAVID TRAVIS, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through James Conolly, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Jim David Travis, that the sentencing hearing currently set for February 24, 2022 be continued to March 24, 2022 at 9:30 a.m.

This modification is requested to provide additional time for informal objections to the presentence report, the provision of additional medical and legal documentation bearing on 3553(a) considerations, and for the probation officer to file a revised Presentence Report (PSR) after considering any objections and additional information submitted thereto. The parties and probation officer are all agreeable to the one-month continuance requested herein.

/ / /

The parties further request that the PSR schedule be modified consistent with the new sentencing date, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | Completed |
| Informal Objections to Presentence Report Due: | February 24, 2022 |
| Presentence Report Due: | March 3, 2022 |
| Formal Objections to Presentence Report Due: | March 10, 2022 |
| Reply or Statement of Non-Opposition Due: | March 17, 2022 |
| Judgment and Sentencing: | March 24, 2022 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 2, 2022

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
JIM DAVID TRAVIS

Date: February 2, 2022

PHILLIP A. TALBERT
Acting United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

DATED: February 7, 2022

Troy L. Nunley
United States District Judge