| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664<br>Federal Defender |
| 2 | MEGAN T. HOPKINS, SBN 294141<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>JIM DAVID TRAVIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00194-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER**<br>) **TO CONTINUE SENTENCING HEARING** |
| vs. | ) Date:  March 24, 2022 |
| JIM DAVID TRAVIS, | ) Time:  9:30 a.m.<br>) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through James Conolly, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Jim David Travis, that the sentencing hearing currently set for March 24, 2022 be continued to May 26, 2022 at 9:30 a.m.

This modification is requested to provide additional time for preparation of defense sentencing materials, including a sentencing video.  The defense believes the requested continuance will provide sufficient time to compile all necessary records and complete the preparation of all sentencing materials to be presented.  The parties and probation officer are all agreeable to the continuance requested herein.

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 10, 2022             */s/ Megan T. Hopkins*
                                 MEGAN T. HOPKINS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JIM DAVID TRAVIS


Date: March 10, 2022             PHILLIP A. TALBERT
                                 United States Attorney

                                 */s/ James Conolly*
                                 JAMES CONOLLY
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation as its order. The sentencing hearing currently set for March 24, 2022 is continued to **May 26, 2022 at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: March 11, 2022

Troy L. Nunley
United States District Judge