HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814 **Error! Bookmark not defined.**

Attorneys for Defendant
JIM DAVID TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JIM DAVID TRAVIS,<br><br>             Defendant. | Case No.  2:19-cr-00194-TLN<br><br>**STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF SUPERVISED RELEASE; ORDER**<br><br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Travis's conditions of supervised release may be temporarily modified to permit his attendance at the funeral and memorial services for Maura Brown, a lifelong family friend who helped raise Mr. Travis during his childhood years. Mr. Travis' supervising probation officer supports this request.

Mr. Travis was sentenced to time-served on May 26, 2022 by the Honorable Troy L. Nunley, with 36 months of supervision to follow. Mr. Travis is subject to a supervised release condition of location monitoring which restricts him to his residence "at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer." Dkt. at 58: Page 5. Mr. Travis has been in compliance with all of his conditions of supervised release since supervision was initiated in May 2022, as confirmed by his supervising officer. Although Mr. Travis' supervising officer approves of his requested

travel to attend the funeral and memorial services, a Court order is necessary to temporarily amend the conditions of supervised release to permit it.

The funeral and memorial services are scheduled for Saturday, December 10, 2022, in Denver, Colorado.  Mr. Travis has arranged to fly to Denver, Colorado on December 8, 2022, and to stay with Mr. Brown's daughter, Michelle Brown, while he is there.  Mr. Travis would return on December 12, 2022.  Ms. Brown's address and contact information as well as Mr. Travis' flight itinerary have been provided to the supervising officer for confirmation.

Given Mr. Travis's compliance with his conditions of supervised release and based on the representations of the probation officer and defense counsel, the government does not oppose the temporary modification of the location monitoring condition of Mr. Travis' supervision to permit his travel and attendance at the services in Denver, Colorado from December 8, 2022, through December 12, 2022.  The parties and probation officer agree that all other conditions of supervision should remain in full force and effect.

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: December 2, 2022                     */s/ Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        JIM TRAVIS

                                        Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

DATED:  December 2, 2022                   */s/ James Conolly*
                                        JAMES CONOLLY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED** that Special Condition of Supervised Release Seven (7) is to be temporarily modified to permit his travel and attendance at the funeral and memorial services in Denver, Colorado from December 8, 2022, through December 12, 2022. Mr. Travis is directed to provide his travel itinerary to his supervising officer in advance for confirmation, and to follow all directives of the supervising officer during his travel. All other conditions of supervision shall remain in full force and effect.

DATED: December 5, 2022

Troy L. Nunley
United States District Judge