HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JIM DAVID TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00194-TLN |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **TO CONTINUE INITIAL APPEARANCE RE** |
| vs. | ) **PROBATION VIOLATION PETITION** |
| | ) |
| JIM DAVID TRAVIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through James Conolly, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Jim David Travis, that the initial appearance regarding the pending probation violation petition currently set for January 31, 2024 at 2:00 p.m. before the Honorable Allison Claire be continued to February 12, 2024 at 2:00 p.m. before the Honorable Jeremy D. Peterson.

Mr. Travis is subject to a summons issued on January 9, 2024, requiring his initial appearance on the pending probation violation petition on January 31, 2024, at 2:00 p.m. ECF 62. Defense counsel will be out of the office for international travel at that time, and has requested a brief continuance to permit continuity of counsel for Mr. Travis in this matter. Upon conferring with the probation officer and counsel for the government, all parties are in agreement

with a continuance to February 12, 2024 at 2:00 p.m. for the initial appearance in this matter. Mr. Travis remains out of custody and will appear on his own recognizance pursuant to the summons previously issued.

The parties therefore respectfully request that this matter be continued for initial appearance before the Honorable Jeremy D. Peterson on February 12, 2024, at 2:00 p.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 18, 2024            */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
JIM DAVID TRAVIS

Date: January 18, 2024            PHILLIP A. TALBERT
Acting United States Attorney

*/s/ James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED that the initial appearance regarding the pending probation violation petition currently set for January 31, 2024, at 2:00 p.m. before the Honorable Allison Claire be continued to February 12, 2024, at 2:00 p.m. before the Honorable Jeremy D. Peterson. The defendant is ordered to appear at that date and time.

Dated:  January 19, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE